```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE:  BIANCO T. BENTON,         {  CHAPTER 13
                                  {
                                  {
        DEBTOR(S)                 {  CASE NO. R22-41289-PWB
                                  {
                                  {  JUDGE   BONAPFEL
```

**OBJECTION TO CONFIRMATION**

COMES NOW K. Edward Safir, Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Debtor(s) has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

3. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. § 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor(s) provide the Trustee with a sworn statement by the Debtor(s), in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

4. The payout of the claim(s) owed to Sparrow Rental Company will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

December 6, 2022

                                             /s          
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com

R22-41289-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

BIANCO T. BENTON
165 PARKMONT CT
DALLAS, GA 30132

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

BERRY & ASSOCIATES


This 6th  day of December, 2022


        /s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399










K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
albertg@atlch13tt.com